UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No. 11cv498 |
| Plaintiff, | ORDER FOR SETTLEMENT |
| vs. | |
| QS ENTERPRISES, LLC. d/b/a Phoenix Bar & Grill, QUINN JOHNSON, individually and as member and agent of QS ENTERPRISES, LLC, | |
| Defendant. | |

Based upon the Stipulation for Settlement entered into by the parties in the above captioned matter,

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The defendants shall pay to the plaintiff the total sum of $7,500 in settlement of the case on the following terms: $2,500 on or before September 2, 2011, $2,500 on October 2, 2011 and the balance of $2,500 on or before November 2, 2011. Said payments shall be made payable to Dubin & Balistreri, Ltd. Client Trust Account.

2. Should the Defendants fail to make said payment as stated above, Plaintiff shall have the right, upon the filing of an affidavit of default, without notice to the Defendants, **QS ENTERPRISES, LLC.** d/b/a Phoenix Bar & Grill, **QUINN JOHNSON,** individually and as member and agent of QS ENTERPRISES, LLC, to reopen this matter and take judgment against said defendants, in the amount of $15,000.00 plus costs less any payments made by the defendants.

3. The above captioned matter shall be dismissed as to the defendants, **QS ENTERPRISES, LLC.**

d/b/a Phoenix Bar & Grill, **QUINN JOHNSON,** individually and as member and agent of QS ENTERPRISES, LLC, with prejudice and without further costs to either party.

Dated this 1st day of September, 2011.

BY THE COURT:

_____
United States District Judge